**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:      13-cv-01978-CMA-KMT | Date:   April 9, 2014 |
| Courtroom Deputy:  Sabrina Grimm | FTR:    Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| LYNARD JARAMILLO, | David Larson |
| Plaintiff, | |
| v. | |
| NATIONAL CREDIT ADJUSTERS, L.L.C., a Kansas limited liability company, | Steven Dunn |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**10:37 a.m.      Court in session.**

Court calls case.  Appearances of counsel.

Discussion regarding disputed date of deposition.

Statements by Mr. Dunn and Mr. Larson.

**ORDERED**:   **Plaintiff's Motion for the Court to Order the Defendant's Fed. R. Civ. P. 30(b)(6) Designated Representative(s) to Appear for Their Deposition(s) in Denver, Colorado on April 23, 2014 and to Extend the Discovery Cutoff Date and the Dispositive Motion Deadline [24] is GRANTED.  The Rule 30(b)(6) deposition(s) will commence at 11:00 a.m. on April 23, 2014 at the offices of Greenberg & Sada, P.C., 770 West Hampden Avenue, Suite 227, Englewood, CO, 80110.  Plaintiff will provide a notice of deposition, containing topics and the new date and time, to Defendant on or before April 16, 2014.  The discovery cut-off date is extended to April 23, 2014, expressly for the purpose of taking the Rule 30(b)(6) deposition(s).  The dispositive motions deadline is extended to May 16, 2014.**

**10:46 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:09

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.